IN THE MATTER OF LAFFERTY

CONTEMPT—SUMMARY PROCEDURE—APPEAL AND ERROR.
    The exercise by a trial judge of his summary power to punish
    for contempt of court committed in his presence is subject to
    review on appeal.

Appeal from Recorder's Court of Detroit, Joseph
A. Gillis, J. Submitted Division 1 November 10,
1970, at Detroit. (Docket Nos. 8952–8956.) Decided
December 9, 1970.

James T. Lafferty, Michael Lull, Owen Love, and
Robert J. Rederscheid, Jr., were convicted of crim-
inal contempt. Defendants appeal. Reversed.

*Henrietta E. Rosenthal,* for the judge of Re-
corder's Court of Detroit.

*Lafferty, Reosti, Jabara, Papakhian, James,
Strickgold & Smith* and *Goodman, Eden, Robb,
Millender, Goodman & Bedrosian (Gage, Burgess
& Knox,* of counsel), for defendants on appeal.

*Amicus curiae:* Metropolitan Detroit Branch,
American Civil Liberties Union, by *James K.
Robinson.*

REFERENCE FOR POINTS IN HEADNOTE
4 Am Jur 2d, Appeal and Error § 168 *et seq.*

Before: V. J. BRENNAN, P. J., and LEVIN and PETERSON,* JJ.

PER CURIAM. The exercise by a trial judge of his summary power to punish for contempt of court committed in his presence is subject to review on appeal. See *In re Scott* (1955), 342 Mich 614, 616; *In re Burns* (1969), 19 Mich App 525; *People* v. *Ravitz* (1970), 26 Mich App 263. It would not serve a constructive purpose to attempt to summarize the record. Suffice it to say that we have read and reread the transcript of the proceedings and have concluded that the convictions and sentences should be and hereby are set aside and reversed.

---

* Circuit judge, sitting on the Court of Appeals by assignment.